UNITED FOODS INC., Plaintiff–
Appellant,

v.

The WESTERN CONFERENCE OF
TEAMSTERS PENSION TRUST FUND;
Joseph W. Ballew, et al., Defendants–
Appellees (Two Cases).

The WESTERN CONFERENCE OF
TEAMSTERS PENSION TRUST
FUND, Plaintiff–Appellee,

v.

UNITED FOODS INC., Defendant–
Appellant.

Nos. 93–15765, 93–15770, 93–
15960 and 93–15962.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 15, 1994.

Decided Dec. 9, 1994.

Juan D. Keller, Bryan & Cave, Los Ange-
les, CA, for plaintiff-appellant.

Robert M. Westberg, Kirke M. Hasson,
and Kim Zeldin, Pillsbury Madison & Sutro,
San Francisco, CA, for defendants-appellees.

Before: ALARCON and HALL, Circuit
Judges, and KING *, District Judge.

**ORDER**

The appellant argued on appeal that death,
disability, and early retirement benefits
should not be included in the calculation of
its withdrawal liability. It also argued that
the arbitrator erred in refusing to hear cer-
tain testimony and erred in awarding attor-
ney's fees.

* Honorable Samuel P. King, Senior United States
District Judge, District of Hawaii, sitting by des-
ignation.

For the reasons set forth in the district
court's opinion regarding these claims, pub-
lished at 816 F.Supp. 602, we AFFIRM.